**Rule 7.1 Corporate Disclosure Statement**

United States Courts
Southern District of Texas
F I L E D

JAN 2 0 2026

Nathan Ochsner, Clerk of Court

Plaintiff Paige Smith is an individual and natural person.

Plaintiff is not a corporation and has no parent corporation.

There is no publicly held corporation that owns 10% or more of any stock of Plaintiff.

Defendant Drive Taverna Collection, LLC is a limited liability company organized under the laws of Florida. No publicly traded corporation owns 10% or more of its membership interests.

Defendant The Taverna Collection Inc. is a Florida corporation. No publicly traded corporation owns 10% or more of its stock.

/s/ Paige Smith

Paige Smith, Pro Se

5103 Wildwood Drive

Manvel, Texas 77578

713-261-0300

paigeamj@yahoo.com