# PROOF OF SERVICE

United States Courts
Southern District of Texas
FILED

JAN 29 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

SUMMONS IN A CIVIL ACTION

Civil Action No: 4:26-CV-00437

PLAINTIFF
Paige Smith

v.

DEFENDANT(S)
The Taverna Collection Inc.

TO: The Taverna Collection Inc.
c/o Spiegel & Ultera, P.A. (registered Agent)
1840 SW 22nd Street, 4th Floor
Miami, FL. 33145

PURSUANT TO THE REQUEST OF: PAIGE SMITH WHOSE ADDRESS IS: 5103 WILDWOOD DRIVE, MANVEL, TX 77578 PRO SE

RECEIVED THIS SUMMONS ON JANUARY 20, 2026

( X ) I served the Summons and Complaint on (name of individual) Marvy Sanchez, who is designated by law to accept service of process on behalf of (name of organization) The Taverna Collection, Inc. on (date) 1/21/26 @ 12:55 P.M.

I Declare under penalty of perjury that this information is true.

_____
Server's signature

CARLOS AGUIRRE C.P.S # 810
_____
Print name and title

P.O. BOX 565393
MIAMI, FL. 33256

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

SUMMONS IN A CIVIL ACTION

Civil Action No: 4:26-CV-00437

| PLAINTIFF | | DEFENDANT(S) |
|---|---|---|
| Paige Smith | v. | Drive Taverna Collection, LLC |

TO: Drive Taverna Collection, LLC
    d/b/a Taverna INFINITI North Miami
    3801 S State Road 7
    Hollywood, FL. 33023

PURSUANT TO THE REQUEST OF: PAIGE SMITH WHOSE ADDRESS IS: 5103 WILDWOOD DRIVE, MANVEL, TX 77578 PRO SE

RECEIVED THIS SUMMONS ON JANUARY 20, 2026

( X ) I served the Summons and Complaint on (name of individual) Scott Scaturro, who is designated by law to accept service of process
on behalf of (name of organization) Drive Taverna Collection, LLC on (date) 1/23/26 @ 2:05 P.M.

I Declare under penalty of perjury that this information is true.

_____
Server's signature

CARLOS AGUIRRE C.P.S # 810
_____
Print name and title

P.O. BOX 565393
MIAMI, FL. 33256

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Paige Smith,**
Plaintiff,

v.

**Drive Taverna Collection, LLC, et al.,**
Defendants.

**Civil Action No. 4:26-cv-00437**

**PROOF OF SERVICE**

Plaintiff, **Paige Smith,** hereby files Proof of Service demonstrating proper service of the Summons and Complaint on all Defendants pursuant to Federal Rule of Civil Procedure 4.

Attached hereto are the following Affidavits of Service:

1. **Affidavit of Service on The Taverna Collection Inc.,** served via its registered agent on January 21, 2026; and
2. **Affidavit of Service on Drive Taverna Collection, LLC,** served at its business address on January 23, 2026.

Accordingly, service of process is complete as to all Defendants.

Respectfully submitted,

*/s/ Paige Smith*

**Paige Smith**
Plaintiff, Pro Se
5103 Wildwood Drive
Manvel, TX 77578
Email: paigeamj@yahoo.com