UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB 17 2026

Nathan Ochsner, Clerk of Court

PAIGE SMITH,
Plaintiff,

v.

DRIVE TAVERNA COLLECTION, LLC, et al.,
Defendants.

Civil Action No. 4:26-cv-00437

# REQUEST FOR ENTRY OF DEFAULT

### (Defendant: The Taverna Collection Inc.)

Plaintiff Paige Smith respectfully requests that the Clerk enter default pursuant to Federal Rule of Civil Procedure 55(a) against The Taverna Collection Inc.

1. The Taverna Collection Inc. was properly served on January 21, 2026, as shown in the Proof of Service on file.
2. Its deadline to respond expired on February 11, 2026.
3. It has failed to plead or otherwise defend.

Plaintiff therefore requests that the Clerk enter default against The Taverna Collection Inc.

Respectfully submitted,

*/s/ Paige Smith*

Paige Smith, Pro Se
5103 Wildwood Drive
Manvel, TX 77578
713-261-0300
paigeamj@yahoo.com

1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**PAIGE SMITH,**
**Plaintiff,**

v.

**DRIVE TAVERNA COLLECTION, LLC, et al.,**
**Defendants.**

**Civil Action No. 4:26-cv-00437**

**PROPOSED CLERK'S ENTRY OF DEFAULT**

The Request(s) for Entry of Default against Defendants Drive Taverna Collection, LLC and The Taverna Collection Inc. having been submitted, and it appearing from the record that:

1. Each Defendant was properly served with the Summons and Complaint;
2. The time for each Defendant to answer or otherwise respond has expired; and
3. No Defendant has filed an answer, motion, or other responsive pleading, nor otherwise
4. appeared in this action;

DEFAULT is hereby entered against:

- Drive Taverna Collection, LLC, and
- The Taverna Collection Inc.

pursuant to Federal Rule of Civil Procedure 55(a).

Entered this ____ day of _____, 2026.

_____
CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

1