# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*Feb 17, 2026*

Nathan Ochsner, Clerk of Court

## PAIGE SMITH,
### Plaintiff,

### v.

## DRIVE TAVERNA COLLECTION, LLC and
## THE TAVERNA COLLECTION INC.,
### Defendants.

## Civil Action No. 4:26-cv-00437

### MEMORANDUM OF LAW IN SUPPORT OF DEFAULT JUDGMENT

Plaintiff Paige Smith submits this Memorandum of Law in support of her Motion for Default

Judgment against Defendants Drive Taverna Collection, LLC and The Taverna Collection Inc.

## I.    LEGAL STANDARD

After the Clerk enters default under Rule 55(a), the Court may enter default judgment under

Rule 55(b) when the defendant fails to appear or defend. Upon default, the well-pleaded factual

allegations of the complaint are taken as true, except those relating to damages. Nishimatsu

Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975).

## II.    JURISDICTION AND VENUE

The Court has jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. Venue is proper in this

District because Plaintiff resides here and the injuries occurred here.

## III.    LIABILITY UNDER THE FCRA

The Fair Credit Reporting Act prohibits obtaining or causing the obtaining of a consumer report

without a permissible purpose. 15 U.S.C. §1681b(a). A consumer may revoke authorization, and

any subsequent access is unauthorized. See Pintos v. Pac. Creditors Ass'n, 605 F.3d 665 (9th Cir.

2010).

Plaintiff expressly revoked authorization on August 6, 2025, and again on August 11, 2025.

Despite this, Defendants continued to submit her information to lenders, resulting in more than

one hundred unauthorized hard inquiries across multiple consumer reporting agencies. These

facts establish a violation of §1681b(a).

## IV.    WILLFULNESS

A violation is willful when the defendant knowingly or recklessly disregards the FCRA.

Safeco Ins. Co. v. Burr, 551 U.S. 47, 57 (2007).

Defendants' conduct was willful because:

1. They continued submitting Plaintiff's information after written revocation.

2. The inquiries occurred repeatedly over several weeks.

3. The inquiries spanned numerous lenders and multiple credit bureaus.

4. Defendants ignored Plaintiff's pre-suit notice and made no effort to correct the issue.

These facts satisfy the Safeco standard.


## V.    PUNITIVE DAMAGES ARE NECESSARY TO DETER UNLAWFUL CREDIT ACCESS BY AUTO DEALERSHIPS

Punitive damages are appropriate where a defendant acts in reckless disregard of a consumer's

federally protected rights. See 15 U.S.C. § 1681n; Safeco Ins. Co. of Am. v. Burr, 551 U.S. 47

(2007).

Here, Defendants continued accessing Plaintiff's consumer report after Plaintiff expressly revoked

consent and terminated any transaction. Such conduct reflects not a technical mistake, but a

conscious disregard for the limits imposed by the Fair Credit Reporting Act.

2

Unauthorized credit access by automobile dealerships presents a substantial risk of systemic harm because a single consumer application can be distributed to numerous lenders, magnifying the impact of unlawful conduct across the credit marketplace. Without meaningful punitive consequences, businesses would lack sufficient incentive to implement compliance procedures preventing repeated, unauthorized credit pulls.

The evidentiary record confirms substantial harm. Plaintiff's credit report reflects numerous unauthorized inquiries following revocation (Ex. 1–2). Plaintiff suffered a documented credit denial caused by excessive inquiries (Ex. 3), a significant decline in credit score during the same period (Ex. 6), and increased insurance pricing based on credit characteristics including inquiry volume (Ex. 7). Courts recognize such objective financial consequences, together with emotional distress, as sufficient to support substantial compensatory and punitive damages under the Fair Credit Reporting Act.

An award of punitive damages in this case is therefore necessary to:

1. Punish Defendants' reckless disregard of federal law;

2. Deter similar misconduct within the automobile-financing industry; and

3. Protect the integrity of the consumer-credit reporting system Congress sought to safeguard through the FCRA.

The requested punitive damages are proportional to Plaintiff's compensatory harm and fall well within constitutional limits recognized by federal courts.

## VI.    DAMAGES

Courts recognize that a demonstrable reduction in credit score is compelling evidence of actual harm under the FCRA. Here, Plaintiff's credit score fell significantly during the period of Defendants' unauthorized inquiries, as shown in Exhibit 6. This objective decline corroborates Plaintiff's testimony of financial injury, credit denial, and emotional distress, and supports a substantial compensatory award.

Under 15 U.S.C. §1681n, a consumer may recover:

- Statutory damages of $1,000;

- Actual damages;

  o Plaintiff suffered actual damages including credit denial, credit reputation harm, emotional distress, and time and expense attempting to correct the unauthorized inquiries. The December 24, 2025 Apple Card denial letter expressly cites excessive inquiries.

- Punitive damages for willful violations;

  o Punitive damages of $250,000 reflect a ratio of approximately **1.6:1** relative to combined compensatory damages, well within constitutional limits.

- Emotional Distress damages;

  o Plaintiff experienced months of anxiety, sleep disruption, embarrassment from credit denial, and ongoing fear of identity misuse. She also experienced physical symptoms including headaches, stomach tension, and racing thoughts, which affected her concentration and daily functioning. These harms are supported by her sworn declaration.

- Costs and attorney's fees.

4

Punitive damages are warranted given the repeated, prolonged, post-revocation conduct.

## VII.    CONCLUSION

Plaintiff respectfully requests that the Court enter default judgment and award damages as set forth in the Motion for Default Judgment. Damages are supported by sworn declaration and exhibits. Default judgment is appropriate because no lesser sanction is available.

Respectfully submitted,

Paige Smith, Pro Se
5103 Wildwood Drive
Manvel, TX 77578
713-261-0300
paigeamj@yahoo.com

**CERTIFICATE OF SERVICE** I certify that a true and correct copy of the foregoing was mailed to Defendants at their last known addresses on February 17, 2026.

## Exhibit Index Page

Exhibit 1 – Credit Inquiry Report (myFICO 3-Bureau Report showing August–December 2025 inquiries)

Exhibit 2 – Revocation Email Chain (August 6 and August 11, 2025 withdrawal of authorization)

Exhibit 3 – Apple Card Denial Letter (December 24, 2025 adverse-action notice citing excessive inquiries)

Exhibit 4 – Proofs of Service (Certified Mail receipts, USPS tracking, and service affidavits)

Exhibit 5 – Sworn Damages Declaration of Paige Smith

Exhibit 6 – Credit Score Decline (FICO score history showing 50-point drop after unauthorized inquiries)

Exhibit 7 – GEICO Adverse-Action Notice (higher-premium notice citing excessive inquiries)

Exhibit 1

## INQUIRIES

### ✎ Credit Inquiries

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| **December 2025** | – | – | Jpmcb Card 12/10/2025 |
| **November 2025** | First Community Cred 11/07/2025<br><br>First Community Cred 11/06/2025<br><br>Truist Bank 11/05/2025 | – | Carvana Llc 11/05/2025 |
| **September 2025** | – | Jpmorgan Chase Bank Na 09/05/2025<br><br>Tower Federal Cu 09/02/2025<br><br>Johns Hopkins Fcu 09/02/2025 | Carvana Llc 09/21/2025<br><br>Amex 09/11/2025<br><br>Jpmcb Card 09/05/2025 |
| **August 2025** | – | Ithink Financial Credit 08/28/2025<br><br>Greater Texas Fed Cu | Bethpage Federal Cu/Cu 08/27/2025<br><br>Mobility Credit Union |

08/28/2025                    08/27/2025

Rally Credit Union            Sync1/People First
08/27/2025                    Fcu
                              08/27/2025
Rally Credit Union
08/27/2025                    Onemain
                              08/26/2025
Liberty Federal Cr
Union                         Rg/Oklahoma
08/26/2025                    Educators
                              08/26/2025
Consumers Credit
Union                         A+ Federal Credit
08/26/2025                    Unio
                              08/25/2025
Foursight Capital
Llc                           Carter Federal
08/26/2025                    Cu/Cudc
                              08/24/2025
Associated Cu Of
Texas                         Usaa Federal
08/26/2025                    Savings B
                              08/22/2025
Blue Federal
Credit Unio                   Jpmcb Auto
08/25/2025                    08/22/2025

Datcu Credit                  Cbc/Approve
Union                         Lending
08/22/2025                    08/22/2025

Global Lending                Cudl/Vantage
Services                      West Cu
08/22/2025                    08/22/2025

Veridian Credit               Usaa Federal
Union                         Savings B
08/22/2025                    08/13/2025

Jpmorgan Chase                Bk Of Amer
Bank Na                       08/13/2025
08/22/2025

myFICO 3-Bureau Report - 12/24/2025 | Paige Felicia Smith

| | |
|---|---|
| Jsc Fcu Dba Wellby Finan 08/07/2025 | Texas Bay Credit Union 08/07/2025 |
| Td Auto Finance 08/07/2025 | Bk Of Amer 08/07/2025 |
| Jpmorgan Chase Bank Na 08/05/2025 | Chrysler Capital 08/07/2025 |
| Fifth Third Bank 08/05/2025 | Ally Financial 08/07/2025 |
| Td Auto Finance 08/05/2025 | Nowcom/Westlake Financ 08/07/2025 |
| Sonic/Jaguar Southwest H 08/04/2025 | Ml/Chartway Federal Cr 08/07/2025 |
| Syncb/Paypal 08/04/2025 | Rave Financial Cu 08/07/2025 |
| Jpmorgan Chase Bank Na 08/04/2025 | Group 1 Chrysler Dodge 08/06/2025 |
| Td Auto Finance 08/04/2025 | Ally Financial 08/05/2025 |
| | Bk Of Amer 08/04/2025 |
| | Land Rover Southwest H 08/04/2025 |

**July 2025**          –

| | |
|---|---|
| Americredit 07/31/2025 | Santander Consumer Usa 07/31/2025 |
| Fifth Third Bank | |

*Exhibit 2*

 Gmail

Paige Smith <paigeamj@gmail.com>

---

## Re: Did we do something wrong?

3 messages

---

**Paige Smith** <paigeamj@gmail.com>                                        Wed, Aug 6, 2025 at 5:08 PM
To: Victor Quintero <VQ@drivetavernacollection.com>

Hi Victor .. after thinking about it I think I want a LWB Range Rover .. not the Cadillac. That's the only
Reason for backing out.

Thanks,
Paige

On Aug 6, 2025, at 3:35 PM, Victor Quintero <VQ@drivetavernacollection.com> wrote:


Hello Porterfield,

My name is GianMarco Taverna and I am the owner of Taverna INFINITI North Miami I see we spoke with
you about a week ago.

You were interested in a 2023 Cadillac Escalade ESV with 0 miles. Here is a link to our website to refresh
your memory: www.tavernainfinitinorthmiami.com

Did my staff reach out to you and provide the information you needed? If there is anything else you require
or if you have any feedback, please reply to this e-mail and me and my team are happy to help.

**You can view all of our vehicles for sale at** www.tavernainfinitinorthmiami.com **and you can reach our
dealership at 954-271-1000. You can also reach your salesperson, Victor Quintero, on their cell at (786)
877-2148.**

We look forward to hearing from you.

Best,
GianMarco Taverna
Taverna Infiniti North Miami
Main: 954-271-1000
Web: www.tavernainfinitinorthmiami.com

---

**Paige Smith** <paigeamj@gmail.com>                                        Mon, Aug 11, 2025 at 5:01 PM
To: Victor Quintero <VQ@drivetavernacollection.com>

I purchased one on Friday.



Thanks,
Paige

On Aug 11, 2025, at 4:25 PM, Victor Quintero <VQ@drivetavernacollection.com> wrote:

Totally understand, are you still in the market or did you did you find one?
https://www.tavernainfinitinorthmiami.com/used-vehicles/?q=range%2520rover&_dFR%5Btype%5D%5B0%
5D=Used&_dFR%5Btype%5D%5B1%5D=Certified%2520Used
Best,

The 
COLLECTION

**VICTOR QUINTERO**
**SALES & FINANCE EXECUTIVE**
📞 (786) 877-2148
✉️ VQ@drivetaverna.com
🌐 www.drivetaverna.com

---

**Paige Smith** <paigeamj@gmail.com>                                         Thu, Dec 11, 2025 at 9:09 AM
To: Paige Smith <paigeamj@gmail.com>
Cc: Victor Quintero <VQ@drivetavernacollection.com>

Good Morning Victor,

I'm reaching out because I noticed multiple hard credit inquiries from your dealership on my TransUnion report. These inquiries were made both during my initial application and for months afterward, even though I did not authorize repeated credit pulls.

These extra inquiries are hurting my credit score, and I need to have them removed. TransUnion advised me that I need a letter from the dealership stating that the inquiries were made in error or without full authorization.

Can you please provide a short letter on your dealership letterhead (or an email from your business email) confirming the following?

- The multiple credit inquiries were made in error or were not fully authorized
- They were not tied to any completed financing
- You request that TransUnion remove these inquiries from my credit report

Once I receive the letter, I will submit it to TransUnion for deletion.

Thank you for your help with getting this corrected. Please let me know if you need anything from me.

Thanks,
Paige

On Aug 11, 2025, at 5:01 PM, Paige Smith <paigeamj@gmail.com> wrote:

I purchased one on Friday.
[Quoted text hidden]

Exhibit 3

Your Apple Card application status
From: Apple Card Support (no_reply@post.applecard.apple)
To: paigeamj@yahoo.com
Date: Wednesday, December 24, 2025 at 07:42 AM CST

Card

**Goldman Sachs**

**Apple Card Applicant:**
Paige Smith, paigeamj@yahoo.com

# Your application has been reviewed.

Thank you for your interest in Apple Card. Goldman Sachs Bank USA has reviewed your application, and it was not approved at this time because:

- You have made too many recent applications for credit - these have resulted in hard inquiries on your credit file

**Goldman Sachs Bank USA received your credit score from TransUnion Consumer Solutions.**

Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score as of December 24, 2025: **682**

Scores range from a low of 300 to a high of 850.

Learn more ›

This decision will not impact your credit score.

**Key factors that adversely affected your credit score:**

- Serious delinquency and public record or collection filed
- Too many accounts with balances

- Too many inquiries last 12 months
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high

If you have any questions regarding your credit score, you should contact TransUnion Consumer Solutions at:

**TransUnion Consumer Solutions**
P.O. Box 1000
Chester, PA 19016-2000
1-800-916-8800

This decision was based in whole or in part on a report from the consumer reporting bureau(s) listed below. The bureaus themselves played no part in making this decision and are unable to supply specific reasons why your credit request has been denied.

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file. You also have a right to a free copy of your report from the reporting bureau(s), if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting bureau(s).

**TransUnion Consumer Solutions**
P.O. Box 1000
Chester, PA 19016-2000
1-800-916-8800

Thanks again for your interest in Apple Card.

Apple Card is issued by Goldman Sachs Bank USA, Salt Lake City Branch.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.

Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112.

Exhibit 4



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee    $4.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage    $1.07

Total Postage and Fees
$

Sent To *The taverna collection c/o Spiegel Utuhra*

Street and Apt. No., or PO Box No. *1840   SW 12ND ST , 4th FLOOR*

City, State, ZIP+4® *MIAMI , FL 33145*

Postmark Here  DEC 24 2025  RICH HILL STATION

9589 0710 5270 2613 5137 14

PS Form 3800, January 2023

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee    $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage    $1.07

Total Postage and Fees
$

Sent To *DRIVE TAVERNA COLLECTION*

Street and Apt. No., or PO Box No. *3801  S STATE ROAD 7*

City, State, ZIP+4® *WEST PARK , FL 33023*

Postmark Here  DEC 24 2025  RICH HILL STATION

9589 0710 5270 2613 5137 07

PS Form 3800, January 2023

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| Paige Smith | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| | ) | 4:26-CV-00437 |
| Drive Taverna Collection, LLC | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Drive Taverna Collection, LLC
d/b/a Taverna INFINITI North Miami
3801 S State Road 7
Hollywood, FL 33023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Paige Smith
5103 Wildwood Drive
Manvel, Texas 77578
713-261-0300
paigearnj@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  JAN 2 0 2026                         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Paige Smith )<br><br><br><br> _____<br> *Plaintiff(s)* )<br> v. )<br> The Taverna Collection Inc. )<br><br> _____<br> *Defendant(s)* ) | Civil Action No.<br><br> 4:26-CV-00437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Taverna Collection Inc.
c/o Spiegel & Utrera, P.A. (Registered Agent)
1840 SW 22nd Street, 4th Floor
Miami, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Paige Smith
5103 Wildwood Drive
Manvel, Texas 77578
713-261-0300
paigearnj@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  JAN 2 0 2026     _____
*Signature of Clerk or Deputy Clerk*

USPS.com® - USPS Tracking® Results

**ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US MAY DELAY FINAL...**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 95890710527026 13513714

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:50 pm on December 30, 2025 in MIAMI, FL 33145.

_____

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**
MIAMI, FL 33145
December 30, 2025, 12:50 pm

**Arrived at USPS Regional Destination Facility**
MIAMI FL DISTRIBUTION CENTER
December 29, 2025, 10:36 am

**In Transit to Next Facility**
December 28, 2025

**Arrived at USPS Regional Origin Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
December 24, 2025, 9:20 pm

**Departed Post Office**
HOUSTON, TX 77057
December 24, 2025, 5:00 pm

Feedback

● **USPS in possession of item**

HOUSTON, TX 77057
December 24, 2025, 1:17 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

## Text & Email Updates ⌄

---

## USPS Tracking Plus® ⌃

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until December 25, 2027. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

3 Years
**$5.25**

5 Years
**$6.25**

7 Years
**$7.30**

10 Years
**$8.50**

☐ I have read, understand, and agree to the **Terms and Conditions.
(https://www.usps.com/terms-conditions/tracking-plus.htm)**

**Confirm Selection**

---

## Product Information ⌃

USPS.com® – USPS Tracking® Results

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | **See tracking for related item: 9590940297945266102430** (/go/TrackConfirmAction?tLabels=9590940297945266102430) |

## See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

1/2/26, 6:04 PM                              USPS.com® - USPS Tracking® Results

**ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US MAY DELAY FINAL...**

# USPS Tracking®

FAQs >

Tracking Number:                                                                Remove ✕

# 9589071052702613513707

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:18 am on January 2, 2026 in HOLLYWOOD, FL 33023.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
HOLLYWOOD, FL 33023
January 2, 2026, 11:18 am

**In Transit to Next Facility**

January 1, 2026

**Arrived at USPS Regional Destination Facility**

MIAMI FL DISTRIBUTION CENTER
December 31, 2025, 8:23 am

**Arrived at USPS Regional Origin Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
December 24, 2025, 9:12 pm

**Departed Post Office**

HOUSTON, TX 77057
December 24, 2025, 5:00 pm

**USPS in possession of item**

HOUSTON, TX 77057
December 24, 2025, 1:16 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

## Text & Email Updates                                                    ︿

Select what types of updates you'd like to receive and how. Send me a notification for:

**Text**         **Email**

☐          ☐   All Below Updates

☐          ☐   Expected Delivery Updates *ⓘ*

☐          ☐   Day of Delivery Updates *ⓘ*

☐          ☐   Package Delivered *ⓘ*

☐          ☐   Available for Pickup *ⓘ*

☐          ☐   Delivery Exception Updates *ⓘ*

☐          ☐   Package In-Transit Updates *ⓘ*

---

## USPS Tracking Plus®                                                      ﹀

---

## Product Information                                                      ﹀

---

**See Less** ︿

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

12/24/25, 4:13 PM                         Yahoo Mail - USPS eReceipt

USPS eReceipt

From: donotreply@ereceipt.usps.gov
To:    paigeamj@yahoo.com
Date: Wednesday, December 24, 2025 at 01:20 PM CST


**UNITED STATES POSTAL SERVICE** ®

```
                RICH HILL
               2950 UNITY DR
           HOUSTON, TX 77057-9998
                www.usps.com
12/24/2025                          01:19 PM
--------------------------------------------
             TRACKING NUMBERS
         9589 0710 5270 2613 5137 07
         9589 0710 5270 2613 5137 14
--------------------------------------------
        TRACK STATUS OF ITEMS BY LINK
              (Up to 25 items)
            Click to track items
--------------------------------------------
         TRACK STATUS BY TEXT MESSAGE
      Send tracking number to 28777 (2USPS)
      Standard message and data rates may apply
--------------------------------------------
            TRACK STATUS ONLINE
      Visit https://www.usps.com/tracking
         Text and e-mail alerts available
--------------------------------------------
              PURCHASE DETAILS
--------------------------------------------
Product                 Qty    Unit    Price
                               Price
--------------------------------------------
Envelope 6X9             2     $0.69   $1.38

First-Class Mail®        1             $1.07
Letter
   Hollywood, FL 33023
   Weight: 0 lb 1.60 oz
   Estimated Delivery Date
      Tue 12/30/2025
   Certified Mail®                     $5.30
      Tracking #:
         9589 0710 5270 2613 5137 07
   Return Receipt                      $4.40
      Tracking #:
         9590 9402 9794 5266 1024 23
Total                                 $10.77

First-Class Mail®        1             $1.07
Letter
   Miami, FL 33145
   Weight: 0 lb 1.60 oz
   Estimated Delivery Date
      Tue 12/30/2025
   Certified Mail®                     $5.30
      Tracking #:
         9589 0710 5270 2613 5137 14
   Return Receipt                      $4.40
      Tracking #:
         9590 9402 9794 5266 1024 30
Total                                 $10.77

--------------------------------------------
Grand Total:                          $22.92
```

about:blank                                    1/3

12/24/25, 4:13 PM                        Yahoo Mail - USPS eReceipt

```
-------------------------------------------------------------
Credit Card Remit                                      $22.92
    Card Name: VISA
    Account #: XXXXXXXXXXXX7113
    Approval #: 066866
    Transaction #: 162
    AID: A0000000980840   Contactless
    AL: US DEBIT
-------------------------------------------------------------

                    TO REPORT AN ISSUE
               Visit https://emailus.usps.com

            All hazardous labels/markings on reused
                  boxes MUST be completely
                removed/obliterated if they no longer
                     match the contents.

              In a hurry? Self-service kiosks offer
                quick and easy check-out. Any Retail
                     Associate can show you how.

                  PREVIEW YOUR MAIL AND PACKAGES
                       Sign up for FREE at
                  https://informeddelivery.usps.com

            All Priority Mail Express shipments mailed
            between December 22 and December 25, 2025
               will not be eligible for postage refunds;
                unless the package is not delivered
                 or an attempt to deliver is not made
               within two delivery days of the date of
                     the accepted scan event.

              All sales final on stamps and postage.
              Refunds for guaranteed services only.
                   Thank you for your business.

                     Customer Service
                     1-800-ASK-USPS
                     (1-800-275-8777)
                 Agents do not have any additional
            information other than what is provided on
                          USPS.com.

                 Tell us about your experience.
             Go to: https://postalexperience.com/pos?mt=9
                     or call 1-800-410-7420.


-------------------------------------------------------------

UFN: 480379-0066
Receipt #: 840-57700032-2-6832679-1
Clerk: 11

Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This
```

message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.

Exhibit 5

# DECLARATION OF PAIGE SMITH

I, Paige Smith, declare under penalty of perjury:

1. On August 6, 2025, I emailed Defendants withdrawing from the vehicle purchase and revoking any authorization to access my credit.

   A true and correct copy of that email is attached as Exhibit A.

2. On August 11, 2025, I again confirmed in writing that I had purchased a vehicle elsewhere.

   A true and correct copy is attached as Exhibit B.

3. Despite these written revocations, Defendants continued to submit my personal information to numerous lenders for weeks afterward, resulting in more than one hundred unauthorized hard inquiries across multiple consumer reporting agencies.

   A true and correct copy of my inquiry list is attached as Exhibit C.

4. On December 24, 2025, I was denied an Apple Card. The denial letter expressly cites "too many recent applications for credit."

   A true and correct copy is attached as Exhibit D.

5. These unauthorized inquiries caused me financial harm, including credit denial, reduced creditworthiness, and negative credit-score impacts.

6. I suffered emotional distress including anxiety, embarrassment, frustration, sleep disruption, and ongoing fear that my identity was being misused. I spent significant time attempting to understand and correct the inquiries, including contacting the dealership and the credit bureaus.

7. I sent pre-suit notice to Defendants via certified mail, and they did not respond.

   True and correct copies are attached as Exhibit E.

1

8. Defendants' conduct was willful and in reckless disregard of my rights under the Fair Credit Reporting Act.

9. I experienced sleep disruption several nights per week for months following the unauthorized inquiries. I suffered ongoing anxiety, embarrassment from credit denial, and fear of long-term credit damage. I also experienced headaches, stomach tension, and racing thoughts that affected my concentration and daily functioning. I spent more than 30 hours contacting credit bureaus, lenders, and Defendants attempting to correct the unauthorized inquiries.

During the months in which Defendants accessed my credit report without permission, my credit score dropped by roughly fifty points, which I observed through my FICO monitoring account. This decline negatively affected my financial reputation and increased my anxiety regarding my ability to obtain credit in the future.

Defendants' continued unauthorized access to my credit report has caused me to fear that similar misconduct could occur again in the future, either by these Defendants or by other automobile dealers lacking proper compliance procedures. I have lost confidence in the safety and privacy of my consumer credit information. I believe meaningful consequences are necessary to prevent businesses from repeatedly accessing consumers' credit reports without lawful permission.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 17, 2026, in Brazoria County, Texas.

_____

Paige Smith

2

Exhibit 6

| Date | Credit Score | Auto Score | Insurance Score |
|------|------|------|------|
| Jan 22, 2026 | 642 | 613 | 628 |
| Dec 21, 2025 | 648 | 619 | 634 |
| Nov 12, 2025 | 634 | 605 | 620 |
| Sep 30, 2025 | 652 | 623 | 638 |
| Aug 22, 2025 | 690 | 693 | 698 |

myFICO    Member Center    Scores    Alerts    Reports    Simulator    Offers    Paige ⌄

Alerts    Upgrade ⊘ 



Exhibit 7

**M** Gmail

## A notice from GEICO

1 message

**GEICO** <geico@et.geico.com>                                          Tue, Dec 2, 2025 at 3:43 PM
Reply-To: donotreply@geico.com
To: PAIGEAMJ@gmail.com


### GEICO.

**PAIGE SMITH**
**5103 WILDWOOD DR**
**MANVEL TX 77578**


# Thank you for contacting GEICO

Quote Date: 11/25/2025

Quote Number: 559165R5840421

**Federal Fair Credit Reporting Act Disclosure Notice**

Thank you for contacting GEICO for a rate quote.

The price we are quoting you is based in part on information provided to us by the consumer reporting agency listed below.

We are sending you this notice, as required by the Fair Credit Reporting Act, because you received a higher price based on your credit information. However, you may contact us for additional consideration if the credit information used is a result of an extraordinary life circumstance.

The consumer reporting agency provided the following description of the credit factors that had the most influence on the price we quoted you:

-Too many credit card accounts (-)

-Too many non-credit card inquiries (-)

-Average number of months trades on file too short (-)

-Time since most recent delinquency too recent (-)

Please note that the consumer reporting agency did not participate in our adverse decision. They are unable to provide you with specific reasons for our decision.

You have the right to obtain a free copy of your credit report from the consumer reporting agency, whose address is listed below, if your request is made within 60 days of receiving this notice. You also have the right to dispute the accuracy or completeness of any information in the report by contacting the consumer reporting agency at the address below. If we receive notice that inaccurate or missing information in your credit report has been corrected, we will re-rate your policy.

TransUnion LLC

PO Box 2000

Chester, PA 19016

1-800-645-1938 – To order a Report

1-800-916-8800 - For Dispute

Still have questions? Visit GEICO's Credit Use FAQ page.

M134RQVL (11-09)

**CREDIT INFORMATION DISCLOSURE**

Name: PAIGE SMITH

GEICO and Affiliated Companies

Address:
2280 N Greenville Ave
Richardson, TX 75082

Number: 1-800-841-7475

As a result of your recent inquiry for insurance, we obtained and used credit information on the person listed above as a part of the insurance credit scoring process.

If you have any questions regarding this disclosure, contact us at the above address or phone number. For information or other questions, contact the Texas Department of Insurance at 1-800-578-4677 or P.O. Box 149104, MC 104-PC, Austin, Texas 78714.

Pursuant to Section 559.053, of the Texas Insurance Code, we must disclose to you whether credit information was obtained on you or any other members of your household and used as part of the insurance credit scoring process and how it was used to underwrite or rate your personal lines insurance policy.

Credit information is used in combination with other factors, such as driving experience, accidents, and convictions in making an underwriting decision and determining the appropriate rate to charge.

## DEFINITIONS

**Adverse effect** means an action taken by an insurer in connection with the underwriting of insurance for a consumer that results in the denial of coverage, the cancellation or non-renewal of coverage, or the offer to and acceptance by a consumer of a policy form, premium rate, or deductible other than the policy form, premium rate, or deductible for which the consumer specifically applied.

**Credit Information** is any credit related information derived from a credit report itself, or provided in an application for personal insurance. The term does not include information that is not credit-related, regardless of whether the information is contained in a credit report or in an application for insurance coverage or is used to compute a credit score.

**Credit score or insurance score** is a number or rating derived from a mathematical formula, computer application, model, or other process that is based on credit information and used to predict the future insurance loss exposure of a consumer.

## SUMMARY OF CONSUMER PROTECTIONS CONTAINED IN CHAPTER 559

### PROHIBITED USE OF CREDIT INFORMATION

An insurer may not:

1. Use a credit score that is computed using factors that constitute unfair discrimination;
2. Deny, cancel, or non-renew a policy of personal insurance solely on the basis of credit information without consideration of any other applicable underwriting factor independent of credit information; or
3. Take an action that results in an adverse effect against a consumer because the consumer does not have a credit card account without consideration of any other applicable factor independent of credit information.

An insurer may not consider an absence of credit information or an inability to determine credit information for an applicant for insurance coverage or insured as a factor in underwriting or rating an insurance policy unless the insurer:

1. Has statistical, actuarial, or reasonable underwriting information that:
   (a) is reasonably related to actual or anticipated loss experience; and
   (b) shows that the absence of credit information could result in actual or anticipated loss differences;
2. Treats the consumer as if the applicant for insurance coverage or insured had neutral credit information, as defined by the insurer; or

3. Excludes the use of credit information as a factor in underwriting and uses only other underwriting criteria.

## NEGATIVE FACTORS

An insurer may not use any of the following as a negative factor in any credit scoring methodology or in reviewing credit information to underwrite or rate a policy of personal insurance:

1. A credit inquiry that is not initiated by the consumer;
2. An inquiry relating to insurance coverage, if so identified on a consumer's credit report, or
3. A collection account with a medical industry code, if so identified on the consumer's credit report.

Multiple lender inquiries made within 30 days of a prior inquiry, if coded by the consumer-reporting agency on the consumer's credit report as from the home mortgage or motor vehicle lending industry, shall be considered by an insurer as only one inquiry.

## EFFECT OF EXTRAORDINARY EVENTS

An insurer shall, on written request from an applicant for insurance coverage or an insured, provide reasonable exceptions to the insurer's rates, rating classifications, or underwriting rules for a consumer whose credit information has been directly influenced by a catastrophic illness or injury, by the death of a spouse, child, or parent, by temporary loss of employment, by divorce, or by identity theft. In such a case, the insurer may consider only credit information not affected by the event or shall assign a neutral credit score.

An insurer may require reasonable written and independently verifiable documentation of the event and the effect of the event on the person's credit before granting an exception. An insurer is not required to consider repeated events or events the insurer reconsidered previously as an extraordinary event.

An insurer may also consider granting an exception to an applicant for insurance coverage or an insured for an extraordinary event not listed in this section. An insurer is not out of compliance with any law or rule relating to underwriting, rating, or rate filing as a result of granting an exception under this article.

## NOTICE OF ACTION RESULTING IN ADVERSE EFFECT

If an insurer takes an action resulting in an adverse effect with respect to an applicant for insurance coverage or insured based in whole or in part on information contained in a credit report, the insurer must provide to the applicant or insured within 30 days certain information regarding how an applicant or insured may verify and dispute information contained in a credit report.

## DISPUTE RESOLUTION; ERROR CORRECTION

If it is determined through the dispute resolution process established under Section 611(a)(5), Fair Credit Reporting Act(15 U.S.C. Section 1681i), as amended, that the credit information of a current insured was inaccurate or incomplete or could not be verified and the insurer receives notice of that determination from the consumer reporting agency or from the insured, the insurer shall re-underwrite and re-rate the insured not later than the 30 day after the date of receipt of the notice.

After re-underwriting or re-rating the insured, the insurer shall make any adjustments necessary within 30 days, consistent with the insurer's underwriting and rating guidelines. If an insurer determines that the insured has overpaid premium, the insurer shall credit the amount of overpayment. The insurer shall compute the overpayment back to the shorter of the last 12 months of coverage; or the actual policy period.

Still have questions? Visit GEICO's Credit Use FAQ page.

M133TX (10-17)

Do not reply to this email. Information emailed in response to this message will not become part of your claim file; submit your inquiries to **contact us**.

Please note that you cannot opt-out of email that is required to properly service your policy. To manage your email subscriptions, please **click here**.

This email was sent to you at the following email address:
PAIGEAMJ@GMAIL.COM

**GEICO**

**Contact Us    Privacy Policy**

    

Message ID: GEC0513
Version Number: 0

This email was sent by: GEICO Texas County Mutual Insurance Company
2280 N. Greenville Ave, Richardson, Texas 75082

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### PAIGE SMITH,
### Plaintiff,

### v.

### DRIVE TAVERNA COLLECTION, LLC and
### THE TAVERNA COLLECTION INC.,
### Defendants.

### Civil Action No. 4:26-cv-00437

## PROPOSED ORDER GRANTING DEFAULT JUDGMENT

Before the Court is Plaintiff Paige Smith's Motion for Default Judgment against Defendants Drive Taverna Collection, LLC and The Taverna Collection Inc. ("Defendants"). The Clerk entered default against both Defendants under Rule 55(a). Defendants have not appeared, answered, or otherwise defended this action.

Having considered the motion, the pleadings, the sworn declaration, and the exhibits submitted, the Court finds as follows:

1. Defendants obtained and caused to be obtained Plaintiff's consumer reports without a permissible purpose after Plaintiff expressly withdrew consent on August 6 and August 11, 2025, in violation of 15 U.S.C. §1681b(a).

2. Defendants' conduct was willful within the meaning of 15 U.S.C. §1681n, as evidenced by repeated credit-pull submissions over several weeks, across multiple lenders, after written revocation of authorization, and after receiving pre-suit notice.

3. Plaintiff suffered actual damages, including credit denial, credit reputation harm, emotional distress, and time and expense attempting to correct the unauthorized inquiries.

Accordingly, it is ORDERED that:

A. Plaintiff's Motion for Default Judgment is GRANTED.

B. The Court finds that Defendants continued to obtain Plaintiff's consumer reports after written revocation, that Plaintiff suffered credit denial and credit reputation harm, and that Plaintiff experienced emotional distress and time loss attempting to correct the unauthorized inquiries.

C. Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, as follows:

1. Statutory damages under 15 U.S.C. §1681n(a)(1)(A): $1,000

2. Actual damages: $150,000

3. Emotional distress damages: $150,000

4. Punitive damages under 15 U.S.C. §1681n(a)(2): $250,000

5. Costs: $1,000

Total Judgment: **$552,000**, plus post-judgment interest as provided by law.

D. Post-judgment interest shall accrue at the rate provided by 28 U.S.C. §1961.

A separate Final Judgment will issue.

SIGNED on _____, 2026.


_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## PAIGE SMITH,
**Plaintiff,**

**v.**

## DRIVE TAVERNA COLLECTION, LLC and
## THE TAVERNA COLLECTION INC.,
**Defendants.**

### Civil Action No. 4:26-cv-00437

### FINAL JUDGMENT

In accordance with the Court's Order Granting Plaintiff's Motion for Default Judgment, it is

ORDERED and ADJUDGED that:

1. Default judgment is entered in favor of Plaintiff Paige Smith and against Defendants Drive

Taverna Collection, LLC and The Taverna Collection Inc., jointly and severally.

2. Plaintiff is awarded the following damages:

    1. Statutory damages: $1,000

    2. Actual damages: $150,000

    3. Emotional distress damages: $150,000

    4. Punitive damages: $250,000

    5. Costs: $1,000

Total Judgment: $552,000.

3. Post-judgment interest shall accrue at the rate provided by 28 U.S.C. § 1961 from the date

this Final Judgment is entered until paid.

4. This is a FINAL JUDGMENT. All relief not expressly granted is denied.


The Clerk will enter this Final Judgment and close the case.


SIGNED on _____, 2026.


_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## PAIGE SMITH,
### Plaintiff,

### v.

## DRIVE TAVERNA COLLECTION, LLC and
## THE TAVERNA COLLECTION INC.,
### Defendants.

## Civil Action No. 4:26-cv-00437

# NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff Paige Smith's Motion for Default Judgment is set for submission to the Court on March 9, 2026, without oral hearing, unless otherwise ordered by the Court.

This submission date allows Defendants the full response period permitted under the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas.

Respectfully submitted,

Paige Smith, Pro Se
5103 Wildwood Drive
Manvel, TX 77578
713-261-0300
paigeamj@yahoo.com

Date: February 17, 2026

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice of Submission was served on Defendants in accordance with the Federal Rules of Civil Procedure on February 17, 2026.

Paige Smith

1