UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

APR 0 8 2026

Nathan Ochsner, Clerk of Court

PAIGE SMITH,

Plaintiff,

v.

THE TAVERNA COLLECTION, INC.;

GIANMARCO TAVERNA, INDIVIDUALLY AND D/B/A TAVERNA

INFINITI NORTH MIAMI,

Defendants.

Civil Action No. 4:26-cv-00437

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff Paige Smith, proceeding pro se, respectfully moves for leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and states as follows:

### I.   INTRODUCTION

Plaintiff seeks leave to amend her Complaint to clarify party identification and further refine factual allegations in light of issues raised in Defendant's pending motion.

## II.   LEGAL STANDARD

Under Federal Rule of Civil Procedure 15(a)(2), courts should freely give leave to amend when justice so requires. The Fifth Circuit has consistently held that leave to amend should be granted absent undue delay, bad faith, or undue prejudice to the opposing party.

## III.   ARGUMENT

### A. Amendment is Necessary to Clarify Party Identification

Defendant has asserted that "Drive Taverna Collection, LLC" is not a properly identifiable legal entity. Plaintiff seeks to amend her Complaint to clarify the proper parties, including the individual and business entities responsible for the conduct at issue.

### B. Amendment Promotes Resolution on the Merits

The proposed amendment does not introduce new claims but instead clarifies the factual allegations and proper defendants. Federal courts favor resolving disputes on the merits rather than on procedural technicalities.

### C. No Prejudice to Defendant

This case remains in its early stages. No scheduling order has been entered, no discovery has occurred, and no substantive rulings have been made. Accordingly, Defendants will not be prejudiced by the proposed amendment.

## IV.   CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the attached First Amended Complaint.

Respectfully submitted,

Paige Smith
5103 Wildwood Drive
Manvel, Texas 77578
paigeamj@gmail.com
713-261-0300
Pro Se Plaintiff