# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

## PAIGE SMITH,

### Plaintiff,

### v.

## THE TAVERNA COLLECTION, INC.;

## GIANMARCO TAVERNA, INDIVIDUALLY AND D/B/A TAVERNA

## INFINITI NORTH MIAMI,

### Defendants.

### Civil Action No. 4:26-cv-00437

### EXHIBIT A

### PLAINTIFF'S FIRST AMENDED COMPLAINT

## I.   PARTIES

Plaintiff Paige Smith is an individual residing in Manvel, Texas.

Defendant The Taverna Collection, Inc. is a Florida corporation doing business as Taverna INFINITI North Miami.

Defendant GianMarco Taverna is an individual residing in Florida and is the owner and operator of the business known as Taverna INFINITI North Miami.

At all relevant times, Defendants acted individually and/or through their agents, employees, or representatives.

## II.    JURISDICTION AND VENUE

This action arises under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

This Court has subject matter jurisdiction under 28 U.S.C. § 1331.

Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this District, including the impact to Plaintiff's credit profile and the financial harm experienced in Texas.

## III.    FACTUAL ALLEGATIONS

Plaintiff visited Defendants' dealership in connection with a potential vehicle transaction.

Plaintiff provided limited personal information for purposes of evaluating a potential purchase.

Plaintiff withdrew from the transaction and did not authorize further credit inquiries or applications.

Despite this, Defendants submitted Plaintiff's personal information to multiple lenders.

These submissions resulted in multiple hard inquiries on Plaintiff's credit report.

Plaintiff did not authorize these additional inquiries and did not provide a permissible purpose for continued submission of her information.

As a result, Plaintiff's credit score declined, she received adverse action notices, and she suffered financial and reputational harm.

The effects of these actions were experienced by Plaintiff in Texas.

## IV.    CLAIM FOR RELIEF

Defendants accessed and/or caused access to Plaintiff's consumer report.

Under 15 U.S.C. § 1681b, such access requires a permissible purpose.

Defendants lacked a permissible purpose under 15 U.S.C. § 1681b once Plaintiff withdrew from the transaction.

Defendants' actions were willful and/or negligent.

As a result, Plaintiff suffered actual damages, emotional distress, credit harm, and loss of credit opportunities.

## V.    DAMAGES

Plaintiff seeks actual damages, statutory damages, punitive damages, costs, and any additional relief deemed appropriate.

## VI.    JURY DEMAND

Plaintiff demands a trial by jury.

## VII.    PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court enter judgment in her favor, award damages as allowed by law, and grant all other relief deemed just and proper.

Respectfully submitted,

Paige Smith
5103 Wildwood Drive
Manvel, Texas 77578
paigeamj@gmail.com
713-261-0300
Pro Se Plaintiff